**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌──────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____        │
│ DATE FILED: 1/5/2026         │
└──────────────────────────────┘
```

---

INTRALINKS, INC.,

                    Plaintiff,

        - against -

SECURE WASTE INFRASTRUCTURE CORP.,
D/B/A SECURE ENERGY SERVICES,

                    Defendant.

**25 Civ. 10377 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a January 2, 2026, letter (Dkt. No. 6) informing the Court that Plaintiff Intralinks, Inc. has not responded to Defendant's pre-motion letter filed on December 19, 2025 (Dkt. No. 5) regarding an anticipated motion to dismiss. The Court directs Plaintiff to respond to Defendant's December 19, 2025, pre-motion letter within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    5 January 2026
          New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.