**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2026
```

INTRALINKS, INC.,

                    Plaintiff,

        - against -

SECURE WASTE INFRASTRUCTURE CORP.,
D/B/A SECURE ENERGY SERVICES,

                    Defendant.

**25 Civ. 10377 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 2, 2026, the Court received a letter (Dkt. No. 6) from Defendant Secure Waste Infrastructure Corp. ("Secure Waste Infrastructure"), formerly known as Secure Energy Services Inc., informing the Court that Plaintiff Intralinks, Inc. ("Intralinks") had not responded to Defendant's pre-motion letter filed on December 19, 2025 (Dkt. No. 5 [hereinafter, the "Letter"]). In response, the Court issued an order on January 5, 2026, directing Plaintiff to respond to Defendant's Letter within five (5) days of the date of the order. (Dkt. No. 7.) On January 16, 2026, the Court received another letter from Defendant indicating that Plaintiff had not responded to the Letter, nor had they received any communication from Plaintiff's counsel. (Dkt. No. 8.) On January 20, 2026, the Court issued another order directing Plaintiff to show cause within three (3) days of

the date of the order why it failed to respond to the Court's January 5, 2026, order and why sanctions should not be imposed for such noncompliance. (Dkt. No. 9.) As of January 27, 2026, the Court has not received a response from Plaintiff.

Accordingly, this action is dismissed without prejudice to refiling within twenty (20) days of this order, after which the Court may dismiss with prejudice absent a showing of cause for Plaintiff's noncompliance with the Court's orders.

**SO ORDERED.**

Dated:    27 January 2026
          New York, New York

                                        Victor Marrero
                                        U.S.D.J.

2