**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026

INTRALINKS, INC.,

                    Plaintiff,

        - against -

SECURE WASTE INFRASTRUCTURE CORP.,
D/B/A SECURE ENERGY SERVICES,

                    Defendant.

**25 Civ. 10377 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 2, 2026, the Court received a letter (Dkt. No. 6) from Defendant Secure Waste Infrastructure Corp. ("Secure Waste Infrastructure"), formerly known as Secure Energy Services Inc., informing the Court that Plaintiff Intralinks, Inc. ("Intralinks") had not responded to Defendant's pre-motion letter filed on December 19, 2025(Dkt. No. 5 [hereinafter, the "Letter"]). In response, the Court issued an order on January 5, 2026, directing Plaintiff to respond to Defendant's Letter within five (5) days of the date of the order. (Dkt. No. 7.) On January 16, 2026, the Court received another letter from Defendant indicating that Plaintiff had not responded to the Letter, nor had they received any communication from Plaintiff's counsel. (Dkt. No. 8.) On January 20, 2026, the Court issued another order directing Plaintiff to show cause within three (3) days of

the date of the order why it failed to respond to the Court's January 5, 2026, order and why sanctions should not be imposed for such noncompliance. (Dkt. No. 9.)

On January 27, 2026, the Court issued an order dismissing this action without prejudice to Plaintiff refiling within twenty (20) days of the order, after which the Court may dismiss with prejudice absent a showing of cause for Plaintiff's noncompliance with the Court's prior orders. (Dkt. No. 10.) As Defendant indicates in their February 18, 2026, letter to the Court, Plaintiff has failed to refile within twenty days of the Court's January 27, 2026, order. (Dkt. No. 11.)

Accordingly, the Court directs the Clerk of the Court to dismiss this action with prejudice in view of Plaintiff's failure to obey the Court's previous orders directing Plaintiff to show cause for their noncompliance with the Court's prior orders in this action.

**SO ORDERED.**

Dated:    19 February 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.

2